1482

## MOTION DOCKET

**99–1420.  State ex rel. Myers v. Brown.**

In Quo Warranto. On respondent's motion to strike affidavit of Brian Phillip Tyson filed on behalf of relator and response to show cause order.

    IT IS HEREBY ORDERED that respondent's motion be, and hereby is, granted and that the affidavit of Brian Phillip Tyson filed on behalf of relator be, and hereby is, stricken.

    LUNDBERG STRATTON, J., dissents.

    IT IS FURTHER ORDERED that respondent be, and hereby is, found not to be in contempt.

    LUNDBERG STRATTON, J., dissents.

**01–396.  State v. Simons.**

Champaign App. No. 99CA5. On motion for leave to file delayed appeal. Motion denied.

    PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–416.  Pilla v. Safely Home, Inc.**

Cuyahoga App. No. 78164. On motion for stay of court of appeals' judgment. Motion denied.

    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.